## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE: JOSEPH L. KELLY       §       CASE NO: 05-43860-H1-4
IRMA J. KELLY       §
      §
      §
DEBTOR(S)       §       CHAPTER 13

---

## MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY
## PURSUANT TO 11 U.S.C. §347 (a)

---

**PURSUANT TO** 11 U.S.C. §347 (a), David G. Peake, Chapter 13 Trustee respectfully reports that:

More than   ninety (90) days has passed since the final distribution. Funds payable to the creditor listed on Exhibit "A" hereto remains unclaimed.

**WHEREFORE PREMISES CONSIDERED,** DAVID G. PEAKE, Chapter 13 Standing Trustee respectfully prays that this Court authorize the Trustee to deposit these funds into the registry of the United States District Court, and grant the Trustee such other and further relief as he may show himself or Debtor's Estate justly entitled.

Date: 1/24/2011            Respectfully Submitted,

/s/  David G. Peake
_____

David G. Peake, Trustee
Admissions I.D. #3857
9660 Hillcroft, Ste 430
Houston, TX  77096
713-283-5400

<u>**EXHIBIT "A"**</u>

| | | |
|---|---|---|
| IN RE: JOSEPH L. KELLY | § | CASE NO: 05-43860-H1-4 |
| IRMA J. KELLY | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

---

**UNCLAIMED FUNDS**

---

| <u>**NAME & ADDRESS:**</u> | <u>**CLAIM NO:**</u> | <u>**AMOUNT**</u> |
|---|---|---|
| **CITIFINANCIAL AUTO CORP** **P.O. BOX 182287** **COLUMBUS, OH 43218** | **3** | **$108.48** |
| **TOTAL FOR UNCLAIMED FUNDS** | | **$108.48** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: JOSEPH L. KELLY | § | CASE NO: 05-43860-H1-4 |
| IRMA J. KELLY | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

---

**CERTIFICATE OF SERVICE OF MOTION TO PAY INTO**
**THE COURT REGISTRY PURSUANT TO 11 U.S.C. § 347(a)**

---

I hereby certify that on 1/24/2011 ,a true and correct copy of the foregoing Motion to Deposit Funds into the court Registry Pursuant to 11 U.S.C. §347(a) was served via the U.S. Postal Service, first class mail, postage prepaid as shown on Exhibit A.

/s/  David G. Peake
_____

David G. Peake,
Chapter 13, Trustee